# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150347(40)

_____

In re SULLIVAN

_____

EARL LEE SULLIVAN,
      Plaintiff-Appellant,

v

WAYNE CIRCUIT COURT JUDGE,
      Defendant-Appellee.

SC:  150347
COA:  321808
Wayne CC:  78-005045-FC

_____/

On order of the Court, the motion for reconsideration of this Court's April 28, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2015 _____

a0622



              Clerk